IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PELISI FOKETI FONUA,

        Plaintiff,                  No. CIV S-09-1675 DAD P

    vs.

A. ROBY, et al.,

        Defendants.         ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Although plaintiff has filed an application to proceed in forma pauperis, plaintiff's application does not include a certified copy of plaintiff's prison trust account statement for the six-month period immediately preceding the filing of the complaint in this action or a prison official's certification. See 28 U.S.C. § 1915(a)(2). Plaintiff's incomplete application will be denied with leave to file a properly completed application to proceed in forma pauperis.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Plaintiff's June 17, 2009 motion to proceed in forma pauperis (Doc. No. 2) is denied without prejudice;

/////

1

1  2. Plaintiff shall submit, within thirty days from the date of this order a properly
2 completed in forma pauperis application that includes a certified copy of plaintiff's prison trust
3 account statement for the six-month period immediately preceding the filing of the complaint in
4 this action and a prison official's certification; plaintiff is cautioned that failure to comply with
5 this order or seek an extension of time to do so will result in a recommendation that this action be
6 dismissed without prejudice; and

7  3. The Clerk of the Court is directed to send plaintiff an Application to Proceed
8 In Forma Pauperis By a Prisoner for use in a civil rights action.

9 DATED: July 1, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
fonu1675.3e