1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   PELISI FOKETI FONUA,

11            Plaintiff,                    No. CIV S-09-1675 DAD P

12       vs.

13   A. ROBY, et al.,

14            Defendants.                   ORDER

15   _____/

16           Plaintiff, a state prisoner proceeding pro se, has requested that this action be

17   dismissed.  He has also requested that the court vacate its order granting him in forma pauperis,

18   presumably because he wishes to avoid paying the filing fee in connection with this action.

19   Pursuant to Fed. R. Civ. P. 41(a), plaintiff's request to dismiss this action shall be honored.

20   However, pursuant to 28 U.S.C. § 1915(b)(1), he "shall [still] be required to pay the full amount

21   of [the] filing fee."

22           Accordingly, IT IS HEREBY ORDERED that: (1) this action is dismissed; and

23   (2) plaintiff's request to vacate the order granting him in forma pauperis is denied.

24   DATED: March 25, 2010.

25

26   DAD:sj
     fonu1675.59
                                    _____
                                    DALE A. DROZD
                                    UNITED STATES MAGISTRATE JUDGE